| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | **19 - 2 2 5 6 JMC** |
| ONE UNITED STATES POSTAL SERVICE PARCELS LOCATED AT UNITED STATES POSTAL INSPECTION SERVICE OFFICE COLUMBIA, MD | Misc. No. _____ |

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR A SEARCH WARRANT FOR US MAIL PARCELS

Your Affiant, Christopher Johnson, United States Postal Inspector, Baltimore, MD, being duly sworn, does hereby depose and state:

**I.    Subject Parcel.**

1.    This is an Affidavit submitted in support of an Application for a Search Warrant for one (1) United States Mail parcel, hereinafter "SUBJECT PARCEL." This SUBJECT PARCEL is currently located at the United States Postal Inspection Service (USPIS) office, in Columbia, Maryland. The SUBJECT PARCEL is specifically identified in Attachment A, which is incorporated herein by reference, for evidence of violations of 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute a Controlled Dangerous Substance), 21 U.S.C. § 843(b) (Transportation of Controlled Dangerous Substances via the U.S. Mail), and 21 U.S.C § 846 (Conspiracy to Distribute a Controlled Dangerous Substance). The SUBJECT PARCEL is specifically identified as follows:

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (P) 9405 5368 9784 6912 8858 18 | Y PARTS UTAH 583 W. EBAY Way Draper, UT 84020-5200 | Chris Wilson PO Box 60353 Potomac, MD 20859 |

**II.     Affiant's Training and Experience.**                    **19 - 2 2 5 6 JMC**

2.      Your affiant, Christopher Johnson, has been a United States Postal Inspector since April 2013 and has completed 12 weeks of basic investigative training in Potomac, Maryland, which included various aspects of federal law enforcement including the investigation of narcotics-related offenses.  Your affiant has participated in interdictions and controlled deliveries related to narcotics investigations. As a result of your affiant's training and experience, your affiant is aware that Priority Mail Express and Priority Mail services are regularly used by narcotic traffickers to ship controlled substances and bulk cash through the US Mail.

3.      The facts contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation. All observations that were not made personally by me were relayed to me by persons with knowledge.  This affidavit contains that information necessary to establish probable cause to support an application for a search warrant. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government.

**III.    Characteristics Common to Packages that Contain Narcotics.**

4.      Based upon your affiant's training and experience in the field of narcotic interdiction through the mails, I know that there are suspicious characteristics common to many packages that contain narcotics, controlled substances or the proceeds thereof (*i.e.*, US currency). These factors, more fully detailed below, are used to identify packages requiring further investigation.  In the case of this search warrant, several of these factors were identified.  The most common factors or suspicious characteristics routinely observed in the course of screening packages are as follows:

a. *Contrasts observed between legitimate business parcels and drug parcels*: As an alternative to First Class Mail (which does not provide a customer with the capability to track the progress of a parcel through the system), the USPS offers Priority Mail Express and Priority Mail. Priority Mail Express is guaranteed (money back) to be delivered on a set date and time, usually overnight. (That deadline is determined at the time of mailing.) The customer receives a receipt with this guaranteed information, and the sender can opt for a signature requirement at the other end or not. Customers can track the parcel online by its distinct Priority Mail Express tracking number. The weight of the package and the distance traveled are the two main factors in setting the price. Priority Mail Express costs more than Priority Mail. Priority Mail has a delivery service standard of 1-3 business days, but delivery within that time period is not guaranteed. Priority Mail is a less expensive alternative to Priority Mail Express, but still provides the ability to track a parcel.

Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing. In contrast, the drug distributor will pay for the cost of mailing the package at the counter by using cash or a credit card. Business Priority Mail Express parcels typically weigh no more than 8 ounces, and business Priority Mail parcels typically weigh no more than 2 pounds. Drug packages typically exceed these weights. Address labels on business parcels are typically typed, whereas those on drug packages are typically handwritten.

In my experience, it is fairly easy to separate out smaller parcels, which constitute 70% to 80% of all Priority Mail Express and Priority Mail parcels, from other, heavier parcels. Typically, drug traffickers use Priority Mail Express, and will opt out of the requirement of obtaining a signature upon delivery.

19 - 2 2 5 6 JMC

b.      *Invalid Sender/Return Address*:  When drugs are shipped through the mail, the senders generally do not want them back.  To distance themselves from parcels containing drugs, often the return addresses and the names of senders are fictitious or false.  A fictitious or false address is anything from an incorrect zip code, to a non-existent house number or street.  The name of the sender is also typically invalid in one of several ways.  I have seen packages sent by persons with names of celebrities, cartoon characters, or fictional names.  More often a search of a law enforcement database reflects that there is no association between the name of the sender and the address provided.

c.      *Invalid Recipient/Address*:  It would be counter-productive to put the wrong receiving address on a package, but often the named recipient is not actually associated with the receiving address.  This allows the person receiving the package to claim that they did not know about its contents.  Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address.  The intended recipient will then retrieve it from that location and hope to remain anonymous.

d.      *Location of Sender*:  The fact that a package was sent from narcotics source states such as Arizona, California, Texas, Washington, Colorado, Puerto Rico and Florida (among others) can also indicate that the parcel contains controlled substances.

e.      *Smell*:  The odor of cocaine, marijuana, and methamphetamine are distinct, and through experience postal inspectors are familiar with these odors.  On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine.  Other smells that suggest that a parcel may contain narcotics include the aroma of masking agents.  Common masking agents

19 - 2 2 5 6 JMC .

used in an attempt to thwart detection by law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

      f.     *Heavy Taping*: Heavily taped parcels are another factor that will suggest a drug parcel, because narcotics parcels are heavily taped in an effort to keep the smell inside and to forestall easy checking on the interior contents by lifting up a flap. For this reason, I have also observed excessive glue on the flaps of narcotics parcels as well.

      g.     *Click-N-Ship*: The USPS created Click-N-Ship as a service for frequent mailers and businesses who prefer printing address labels and purchasing postage from their residence or business. Drug traffickers create Click-N-Ship accounts as a means of giving a legitimate appearance to their drug mailings. They create the accounts using fictitious account information and often provide pre-paid credit cards as a means of payment, which are difficult to track. Drug traffickers often use legitimate business return addresses in states other than California and Arizona as a means to deter detection, as these other states are not usually considered "source" states for controlled substances. The postage labels are printed/typed, unlike the typical drug related mailing label which is handwritten.

      4.     It is your affiant's experience that when these factors are observed, a drug detection K-9 will likely "alert," next to the parcel, indicating that the dog has detected the presence of narcotics. As a result, these factors become a reliable way to profile the parcels being shipped every day.

**IV.   Probable Cause**

      5.     On July 1, 2019, postal inspectors observed the SUBJECT PARCEL had the following factors or suspicious characteristics:

19 - 2 2 5 6 JMC

| Subject Parcel Express or Priority | From Source State: | Weight: | Label: | Senders name associated with address? Yes / No | Recipients name associated with address? Yes / No | Canine Alert? |
|---|---|---|---|---|---|---|
| 1. Priority | No – UT | 1 ozs | Typed | No- Address associates to an eBAY Corporation Office | Yes- Name associates to PO Box | No - Kayden[1] |

6.      The suspicious characteristics listed above were identified while the SUBJECT

PARCEL was in the mail stream. Therefore, on June 3, 2019 the SUBJECT PARCEL above was

individually removed from the mail stream.   At that point, law enforcement used standard protocol

for canine detection to determine whether there was probable cause that the SUBJECT PARCEL

contained narcotics.   Specifically, after being removed from the mail stream, the SUBJECT

PARCEL was individually placed in a secure area next to several other empty and unused boxes

at the USPIS office in Columbia, Maryland.   On July 3, 2019, a narcotic detection canine,

"Kayden", was brought forward to scan the group of boxes, which included the individual

SUBJECT PARCEL and the empty and unused boxes placed around the SUBJECT PARCEL.

The handler observed the canine and then informed agents whether the dog alerted on the

SUBJECT PARCEL. This process was used for the SUBJECT PARCEL listed above.   As

indicated in the above chart, the drug detection dog did not alert to the presence of narcotics in

---

[1] "Kayden" was certified in April of 2019 to alert on odors of marijuana (THC), cocaine, crack cocaine, ecstasy (MDMA), methamphetamine and heroin and is trained on a monthly basis to ensure his accuracy. Montgomery County Police Department Detective Jeffrey Ward is the handler for "Kayden".

connection with the SUBJECT PARCEL.

7.     Based on your affiant's training and experience and knowledge, your affiant knows that drug detection dogs do not alert to controlled substances that do not emanate an odor. For example, pharmaceutical drugs such as OxyContin, Oxycodone, Adderall, Xanax, anabolic steroids and synthetic drugs. Additionally, drug detection drugs do not indicate to an odor for "pressed" counterfeit manufacture controlled substances. The pharmaceutical drugs listed above and others not stated as well as synthetic drugs are labeled as scheduled controlled substances. Your affiant knows based on his training and experience, that the above mentioned pharmaceutical drugs as well as synthetic drugs are trafficked through the United States mail by drug traffickers seeking to avoid law enforcement detection techniques and investigative methods.

8.     In June 2019, Postal Inspectors assigned to the USPIS Salt Lake City office initiated an investigation into a suspected dark web narcotics trafficking organization believed to be operating in the Salt Lake City, Utah area and using the United States Postal Service (USPS) to ship narcotics to customers nationwide. On June 18, 2019, Postal Inspector M. Moore received information regarding USPS Priority Mail parcel 9405 5368 9784 6901 2613 57, believed to be shipped by this organization, destined for Blake Farabi, 7419 Yonie Ct, Las Vegas, NV, 89117-2159. With assistance from USPS personnel located in Las Vegas, NV, Inspector Moore detained the parcel for further investigation.

9.     The USPS Priority Mail parcel, addressed to Farabi, contained the return address "Y PARTS UTAH W EBAY WAY APER UT 84020-5200". Your affiant learned from Inspector Moore that this vendor has been using the return address "TINY PARTS UTAH 583 W EBAY WAY DRAPER UT 84020-5200." Additionally, while Inspector Moore reviewed the parcel he

learned that the printed label was missing the first few letters of each line of the return address which should be located in the left-hand margin.

10.     On June 20, 2019, Postal Inspectors located in Las Vegas, NV, made contact with Farabi, the individual to whom the Priority Mail parcel 9405 5368 9784 6901 2613 57 was addressed. Your affiant knows based on the investigation, that Postal Inspectors identified themselves to Farabi, who agreed agreed to speak with them about the parcel. Farabi stated he ordered approximately 25 pills believed to be Adderall totaling $180 from a dark web marketplace. Farabi recalled the vendor having good reviews until recently, when customers began leaving feedback the pills they ordered arrived in poor condition, powdery, and broken. Based on your affiant's training and experience, your affiant believes that when pills arrive to their destination in poor condition, it often means the pills are not legitimate pharmaceuticals but are instead manufactured by a drug trafficking organization. Farabi provided Postal Inspectors with consent to open the parcel and review the contents. The Postal Inspectors found 25 oblong shaped orange pills with the marking 3|0, consistent with the appearance of Adderall, all contained within a clear wrapping material surrounded by black tissue paper. Adderall is a Schedule II Controlled Dangerous Substance.

11.     Additionally on June 20, 2019, USPIS was contacted by the eBay Criminal Investigations Team located in Draper, Utah. Employees from eBay notified the USPIS that they received three USPS Priority Mail parcels returned to their facility and one of the parcels contained pills. The two additional parcels were left unopened. The following week, Postal Inspectors responded to the location and retrieved all three parcels. Inspector Moore reviewed all three labels and found they were identical in appearance with the label contained on the aforementioned parcel

addressed to Farabi. Additionally, a review of the pills removed from the opened parcel yielded six oblong shaped orange pills, also consistent in appearance to the pills (suspected Adderall) removed from the parcel addressed to Farabi. No noticeable identifiable markings were located on the six pills, however a significant amount of powder was found on the packaging materials. The packaging materials included a clear wrapping material and black tissue paper.

12.     Based on the ongoing investigation conducted by USPIS Salt Lake City, Utah and a review of the SUBJECT PARCEL label which also has a return address "Y PARTS UTAH W EBAY WAY APER UT 84020-5200" similar to Priority Mail parcel 9405 5368 9784 6901 2613 57 addressed to Blake Farabi, 7419 Yonie Ct, Las Vegas, NV, 89117-2159, the affiant believes the SUBJECT PARCEL was sent by the same dark web drug trafficking organization distributing suspected Adderall, a Schedule II Controlled Dangerous Substance.

**V. Conclusion**

13.     Your affiant submits that, based on the above indicators reflected on the SUBJECT PARCEL, and your affiant's training and experience, as well as the ongoing investigation by USPIS in Salt Lake City, Utah, there is probable cause to believe that the SUBJECT PARCEL contains narcotics or controlled substances, or the proceeds thereof (*i.e.*, United States currency) and/or materials relating to the distribution of controlled substances through the United States Mail.

Christopher Johnson
United States Postal Inspector

FILED_____ ENTERED
LOGGED_____ RECEIVED

JUL 2 4 2019

AT BALTIMC
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                        DEPUTY

19 - 2 2 5 6 JMC

Subscribed and sworn to before me this\_\_\_\_\_ day of July 2019.

_____
Hon. J. Mark Coulson
United States District Court
for the District of Maryland

_____ FILED_____ _____ ENTERED
_____ LOGGED_____ _____ RECEIVED

JUL 2 4 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

19 - 2 2 5 6 JMC

## ATTACHMENT A

## DESCRIPTION OF PARCEL TO BE SEARCHED

| Subject Parcel | Express (E)or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (P) 9405 5368 9784 6912 8858 18 | Y PARTS UTAH 583 W. EBAY Way Draper, UT 84020-5200 | Chris Wilson PO Box 60353 Potomac, MD 20859 |

——— FILED ——— ENTERED
——— LOGGED——— RECEIVED

JUL 2 4 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

19 - 2 2 5 6 JMC

## ATTACHMENT B

The **SUBJECT PARCEL** may be searched for the following items and if those items are located

they may be seized:

 a. Controlled dangerous substances (CDS);

 b. Material relating to the distribution of controlled substances;

 c. Drug proceeds.

_____ FILED_____ ENTERED
_____ LOGGED_____ RECEIVED

JUL 2 4 2019

AT BALTIMC J3
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                    DEPUTY